JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABTAHI KHOSROW, | CV 12-2732 PA (RNBx) |
| Plaintiff, | JUDGMENT |
| v. | |
| JPMORGAN CHASE BANK, N.A., | |
| Defendant. | |

Pursuant to the Court's June 6, 2012 Minute Order granting the Motion to Dismiss filed by defendant JPMorgan Chase Bank, N.A. (as successor by merger to Chase Home Finance, LLC) ("Defendant"), which dismissed all of the claims asserted by plaintiff Abtahi Khosrow ("Plaintiff"),

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Defendant shall have judgment in its favor against Plaintiff.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Plaintiff's claims are dismissed with prejudice.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Plaintiff take nothing and that Defendant shall have its costs of suit.

IT IS SO ORDERED.

DATED: June 6, 2012

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE